UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RAY CASTRO;<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-802-CAB-MSB<br><br>**ORDER DISMISSING AMENDED COMPLAINT PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(ii)** |

　　　　On June 7, 2022, this Court issued an order granting Plaintiff's motion to proceed *in forma pauperis* ("IFP") and dismissing this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  [Doc. No. 4.]  The Court instructed Plaintiff that he could file an amended complaint remedying the defects in his complaint as described in the June 7 order.  [*Id.*]  On June 22, 2022, Plaintiff filed an amended complaint.  [Doc. No. 5.]

　　　　Upon review, Plaintiffs' amended complaint fails to resolve the issues highlighted in the Court's June 7 order.  Plaintiff lists five government agency defendants and cites to various sections of the United States Code that he alleges each defendant is "charged for/with."  However, the United States Code provisions cited are all criminal statutes that do not appear to relate to the facts alleged in the original complaint and do not authorize a civil suit or create any civil liability.  Beyond listing the criminal statutes under which he attempts to bring suit, Plaintiff does not allege any additional facts explaining how the named government entities are liable for his alleged harm.  The amended complaint

therefore fails to state a claim upon which relief can be granted, and it must be dismissed. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc) ("[S]ection 1915(e) . . . requires a district court to dismiss an *in forma pauperis* complaint that fails to state a claim.").

Accordingly, it is hereby **ORDERED** as follows:

1. The amended complaint [Doc. No. 5] is **DISMISSED** without prejudice.
2. Plaintiff shall have until **July 21, 2022** to file a second amended complaint under this case number resolving the issues discussed above. The second amended complaint shall supersede all prior complaints and must contain all factual allegations and claims Plaintiff wishes to assert based on those allegations. The second amended complaint may not rely on allegations stated in prior complaints.
3. No further opportunities to amend will be granted.
4. If Plaintiff does not file a second amended complaint by July 21, 2022, the Clerk of the Court shall dismiss the case without prejudice and terminate the action.

It is **SO ORDERED**.

Dated:  June 23, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge